# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327**<br>**MDL 2327** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Jeannae M. Thomson-Roy v. Ethicon, Inc.; Johnson & Johnson*<br>**Case No. 2:12-cv-04586** | **JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE**<br><br>**WAVE 12** |

## PARTIES' JOINT DESIGNATION OF NON-PTO FILINGS FROM 2:12-MD-2327

Plaintiff and Defendants, by and through their respective counsel, designate the following non-PTO filings from 2:12-MD-2327 for transmission to the transferor court in the above-referenced action:

| Docket No. | Filed By | Title | Date |
|---|---|---|---|
| 238 | Plaintiffs | First Amended Master Long Form Complaint and Jury Demand | 8/31/2012 |
| 239 | Defendants | Master Answer and Jury Demand of Defendant Ethicon, Inc. to First Amended Master Complaint | 8/31/2012 |
| 241 | Defendants | Master Answer and Jury Demand of Defendant Johnson & Johnson to First Amended Master Complaint | 8/31/2012 |
| 262 | Plaintiffs | Short Form Complaint | 9/26/2012 |
| 263 | Plaintiffs | Amended Short Form Complaint | 9/26/2012 |
| 2066 | Defendants | Motion to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev | 4/21/2016 |
| 2070 | Defendants | Memorandum of Law in Support of Motion to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev | 4/21/2016 |
| 2185 | Plaintiffs | Response in Opposition to Motion to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev | 5/9/2016 |
| 2251 | Defendants | Reply to Response in Opposition to Motion to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev | 5/16/2016 |

| 3790 | Plaintiffs | Response in Opposition to Defendant Ethicon's Motion to Exclude the Opinions and Testimony of Vladimir Iakovlev, M.D. | 4/27/2017 |
| --- | --- | --- | --- |
| 8804 | Defendants | Motion by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev | 11/4/2019 |
| 8805 | Defendants | Memorandum of Law in Support of Motion to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev | 11/4/2019 |
| 8829 | Defendants | Exhibits by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson in support of [8804] Motion by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev | 11/12/2019 |
| 8865 | Plaintiffs | Notice of Adoption of Prior Daubert Response of Vladimir Iakovlev, MD for Wave 12 by All Plaintiffs re: [3790] Response In Opposition | 11/13/2019 |
| 1978 | Defendants | Motion to Limit the Testimony of Prof. Dr. Med. Uwe Klinge | 4/20/2016 |
| 1982 | Defendants | Memorandum in Support of Motion to Limit the Testimony of Prof. Dr. Med. Uwe Klinge | 4/20/2016 |
| 2188 | Plaintiffs | Response in Opposition to Motion to Limit the Testimony of Prof. Dr. Med. Uwe Klinge | 5/9/2016 |
| 2200 | Defendants | Reply to Response in Opposition to Motion to Limit the Testimony of Prof. Dr. Med. Uwe Klinge | 5/13/2016 |
| 3626 | Defendants | Motion by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson to Limit the Testimony of Prof. Dr. Med. Uwe Klinge in Certain Wave 4 Cases, | 4/13/2017 |
| 3630 | Defendants | Memorandum In Support of Motion to Limit Testimony of Prof. Dr. Med. Uwe Klinge | 4/13/2017 |
| 3767 | Plaintiffs | Response in Opposition to Defendants' Motion to Exclude the Opinions and Testimony of Prof. Dr. Med. Uwe Klinge | 4/27/2017 |
| 3855 | Defendants | Reply in Support of Motion to Limit the Testimony of Prof. Dr. Med. Uwe Klinge | 5/4/2017 |
| 8779 | Defendants | Notice of Adoption of Prior Daubert Motion of Prof. Dr. Med. Uwe Klinge for Wave 12 by Ethicon, Inc., Johnson & Johnson re: [3626] Motion by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson to Limit the Testimony of Prof. Dr. Med. Uwe Klinge in Certain Wave 4 Cases, [3630] Memorandum of Law, [3855] Reply | 11/1/2019 |
| 8842 | Plaintiffs | Notice of Adoption of Prior Daubert Response of Prof Dr. Med. Uwe Klinge, MD for Wave 12 by All Plaintiffs re: [3767] Response In Opposition | 11/12/2019 |

2

| 2047 | Defendants | Defendants' Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. | 4/21/2016 |
|------|------------|----------------------------------------------------------------------------------|-----------|
| 2049 | Defendants | Memorandum in Support of Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. | 4/21/2016 |
| 2163 | Plaintiffs | Memorandum in Opposition to Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. | 5/9/2016 |
| 2241 | Defendants | Reply to Memorandum in Opposition to Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. | 5/16/2016 |
| 2817 | Defendants | Defendants' Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. | 9/19/2016 |
| 2818 | Defendants | Memorandum in Support of Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. | 9/19/2016 |
| 2931 | Plaintiffs | Memorandum by Certain Plaintiffs in Wave 3 Cases in opposition to [2817] Motion by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. in Certain Wave 3 Cases | 10/11/2016 |
| 3024 | Defendants | Reply Brief in Support of Defendants' Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. | 10/20/2016 |
| 5332 | Defendants | Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. | 3/7/2018 |
| 5333 | Defendants | Memorandum in Support of Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. [and incorporating by reference Ethicon's brief from Wave 3 [Doc. 2818]] | 3/7/2018 |
| 5482 | Plaintiffs | Response Memorandum in Opposition to Defendants' Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. | 3/21/2018 |
| 5548 | Defendants | Reply Brief in Support of Defendants' Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. | 3/28/2018 |
| 8776 | Defendants | Notice of Adoption of Prior Daubert Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. for Wave 12 by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson re: [5548] Reply to Response, [5333] Memorandum In Support, [5332] Motion by Ethicon, Inc., Johnson & Johnson to Exclude Certain General Opinions of Bruce Rosenzweig, M.D. | 11/1/2019 |
| 8858 | Plaintiffs | Notice of Adoption of Prior Daubert Response of Bruce Rosenzweig, MD for Wave 12 by All Plaintiffs re: [5482] Memorandum In Opposition | 11/12/2019 |
| 2059 | Defendants | Motion to Exclude Anne M. Weber, M.D. | 4/21/2016 |

3

| | | | |
|---|---|---|---|
| 2062 | Defendants | Memorandum in Support of Motion to Exclude Anne M. Weber, M.D. | 4/21/2016 |
| 2182 | Plaintiffs | Memorandum in Opposition to Motion to Exclude Anne M. Weber, M.D. | 5/9/2016 |
| 2217 | Defendants | Reply in Support of Motion to Exclude Anne M. Weber, M.D. | 5/16/2016 |
| 3599 | Defendants | Motion to Exclude Anne M. Weber, M.D. [incorporating Memorandum by reference] | 4/12/2017 |
| 3601 | Defendants | Memorandum in Support of Motion to Exclude Anne M. Weber, M.D. | 4/12/2017 |
| 3756 | Plaintiffs | Opposition Response to Defendants' Motion to Exclude the Testimony of Anne M. Weber, M.D. | 4/27/2017 |
| 3812 | Defendants | Reply in Support of Motion to Exclude Anne M. Weber, M.D. | 5/3/2017 |
| 8770 | Defendants | Notice of Adoption of Prior Daubert Motion to Exclude Anne M. Weber, M.D. for Ethicon Wave 12 by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson re: [3599] Motion by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson to Exclude Anne M. Weber, M.D. in Certain Wave 4 Cases, [3812] Reply to Response, [3601] Memorandum In Support | 11/1/2019 |
| 8862 | Plaintiffs | Notice of Adoption of Prior Daubert Response of Anne Weber, MD for Wave 12 by All Plaintiffs re: [3756] Response In Opposition | 11/12/2019 |
| 1992 | Plaintiffs | Plaintiffs' Motion to Exclude the Opinions and Testimony of Maria Abadi, M.D. (Wave 1) | 4/21/2016 |
| 1993 | Plaintiffs | Plaintiffs' Memorandum of Law In Support of Their Motion to Exclude the Opinions and Testimony of Maria Abadi, M.D. (Wave 1) | 4/21/2016 |
| 2156 | Defendants | Response in Opposition to Plaintiffs' Motion to Exclude the Opinions and Testimony of Maria Abadi, M.D. | 5/9/2016 |
| 2934 | Defendants | Response to Plaintiffs' Motion to Exclude the Opinions and Testimony of Maria Abadi, M.D. (Wave 3) | 10/11/2016 |
| 8702 | Plaintiffs | Notice of Adoption of Prior Daubert Motion of Maria Abadi, MD for Wave 12 by All Plaintiffs re: [1993] Memorandum In Support, [1992] Motion by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions and Testimony of Maria Abadi, M.D. | 10/28/2019 |
| 8827 | Defendants | Notice of Adoption by Ethicon, Inc., Johnson & Johnson re: [2934] Response In Opposition | 11/11/2019 |
| 2003 | Plaintiffs | Plaintiffs' Motion to Exclude or Limit the Opinions and Testimony of Dr. Salil Khandwala, M.D. | 4/21/2016 |

| 2004 | Plaintiffs | Memorandum in Support of Plaintiffs' Motion to Exclude or Limit the Opinions and Testimony of Dr. Salil Khandwala | 4/21/2016 |
| 2175 | Defendants | Memorandum in Opposition to Plaintiffs' Motion to Exclude or Limit the Opinions and Testimony of Salil Khandwala, M.D. | 5/9/2016 |
| 2240 | Plaintiffs | Plaintiffs' Reply in Support of Their Motion to Exclude or Limit the Opinions and Testimony of Dr. Salil Khandwala | 5/16/2016 |
| 2469 | Plaintiffs | Amended Motion to Limit the Opinions and Testimony of Dr. Salil Khandwala | 7/25/2016 |
| 2470 | Plaintiffs | Memorandum in Support of Amended Motion to Exclude or Limit the Opinions and Testimony of Dr. Salil Khandwala, M.D. | 7/25/2016 |
| 2618 | Plaintiffs | Plaintiffs' Reply in Support of Their Motion to Exclude or Limit the Opinions and Testimony of Dr. Salil Khandwala | 8/18/2016 |
| 2925 | Defendants | Memorandum in Opposition to Motion to Limit the Opinions and Testimony of Dr. Salil Khandwala, M.D. | 10/11/2016 |
| 8727 | Plaintiffs | Notice of Adoption of Prior Daubert Motion of Salil Khandwala, MD for Wave 12 by All Plaintiffs re: [2469] Amended Motion by Certain Plaintiffs in Wave 2 Cases to Limit the Opinions and Testimony of Dr. Salil Khandwala, M.D., [2470] Memorandum In Support, [2618] Reply to Response, [2004] Memorandum In Support, [2240] Reply to Response, [2003] Motion by Certain Plaintiffs in Wave 1 Cases to Exclude or Limit the Opinions and Testimony of Dr. Salil Khandwala, M.D. | 10/28/2019 |
| 8852 | Defendants | Ethicon Defendants' Notice of Adoption of Wave 3 Daubert Response [2925] Regarding Salil Khandwala, M.D for Wave 12 | 11/12/2019 |
| 2014 | Plaintiffs | Plaintiffs' Motion to Limit the Opinions and Testimony of Jaime L. Sepulveda-Toro, M.D. | 4/21/2016 |
| 2018 | Plaintiffs | Plaintiffs' Memorandum of Law in Support of Their Motion to Limit the Opinions and Testimony of Jaime L. Sepulveda-Toro, M.D. | 4/21/2016 |
| 2225 | Plaintiffs | Reply in Support of Plaintiffs' Motion to Limit the Opinions and Testimony of Jaime L. Sepulveda-Toro, M.D. | 5/16/2016 |
| 2138 | Defendants | Defendants' Opposition to Plaintiffs' Motion to Limit the Opinions and Testimony of Jaime L. Sepulveda-Toro, M.D. | 5/7/2016 |
| 2508 | Defendants | Defendants' Opposition to Plaintiffs' Motion to Limit the Opinions and Testimony of Jaime L. Sepulveda-Toro, M.D. | 8/8/2016 |

| 2929 | Defendants | Defendants' Opposition to Plaintiffs' Motion to Limit the Opinions and Testimony of Jaime L. Sepulveda-Toro, M.D. | 10/11/2016 |
|---|---|---|---|
| 4495 | Defendants | Defendants' Opposition to Plaintiffs' Motion to Limit the Opinions and Testimony of Jaime L. Sepulveda-Toro, M.D. | 8/28/2017 |
| 8746 | Plaintiffs | Notice of Adoption of Prior Daubert Motion of Jaime Sepulveda, MD for Wave 12 by All Plaintiffs re: [2014] Motion By Certain Plaintiffs in Wave 1 Cases to Limit the Opinions and Testimony of Jaime L. Sepulveda-Toro, M.D., [2225] Reply to Response, [2018] Memorandum In Support | 10/29/2019 |
| 8905 | Defendants | Notice of Adoption of Prior Responses in Opposition to Daubert Motion to Exclude Expert Testimony of Jaime Sepulveda-Toro by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson re: [4495] Response In Opposition, [2508] Response In Opposition, [2138] Response In Opposition, [2929] Response In Opposition | 11/18/2019 |
| 2479 | Plaintiffs | Plaintiffs' Notice of Motion and Motion to Exclude the General Opinion Testimony of Larry T. Sirls, II, M.D. | 7/29/2016 |
| 2480 | Plaintiffs | Memorandum in Support of Motion to Exclude the General Opinion Testimony of Larry T. Sirls, II, M.D. | 7/29/2016 |
| 2936 | Defendants | Defendants' Opposition to Plaintiffs' Motion to Exclude the General Opinion Testimony of Larry T. Sirls' TVT/TVT-O General Opinions | 10/11/2016 |
| 3288 | Plaintiffs | Plaintiffs' Memorandum in Reply to Defendants' Opposition to Motion to Exclude the Larry T. Sirls' TRVT/TVT-O General Opinions | 12/20/2016 |
| 8750 | Plaintiffs | Notice of Adoption of Prior Daubert Motion of Larry Sirls, MD for Wave 12 by Certain Plaintiffs re: [2480] Memorandum In Support, [2479] Motion by Certain Plaintiffs in Wave 2 Cases to Exclude the General Opinion Testimony of Larry T. Sirls, II, M.D., [3288] Reply to Response | 10/29/2019 |
| 8894 | Defendants | Notice of Adoption of Prior Daubert Responses [2936] Regarding Larry Sirls, M.D. for Wave 12 | 11/14/2019 |
| 2039 | Plaintiffs | Plaintiffs' Motion to Exclude the Opinions and Testimony of Shelby Thames | 4/21/2016 |
| 2042 | Plaintiffs | Memorandum in Support of Plaintiffs' Motion to Exclude the Opinions and Testimony of Shelby Thames | 4/21/2016 |
| 2187 | Defendants | Response in Opposition to Plaintiffs' Motion to Exclude the Opinions and Testimony of Dr. Shelby Thames, Ph.D. | 5/9/2016 |

| 2247 | Plaintiffs | Reply in Support of Plaintiffs' Motion to Exclude the Opinions of Dr. Shelby Thames | 5/16/2016 |
|---|---|---|---|
| 2455 | Plaintiffs | Plaintiffs' Motion to Exclude the Opinions and Testimony of Shelby Thames | 7/21/2016 |
| 2458 | Plaintiffs | Memorandum in Support of Plaintiffs' Motion to Exclude Certain Opinions of Dr. Shelby Thames | 7/21/2016 |
| 2553 | Defendants | Response in Opposition to Plaintiffs' Motion to Exclude the Opinions and Testimony of Dr. Shelby Thames, Ph.D. | 8/8/2016 |
| 2621 | Plaintiffs | Reply in Support of Plaintiffs' Motion to Exclude the Opinions of Dr. Shelby Thames | 8/18/2016 |
| 2839 | Plaintiffs | Plaintiffs' Daubert Motion to Exclude or Limit the Opinions and Testimony of Dr. Shelby Thames | 9/19/2016 |
| 2841 | Plaintiffs | Memorandum of Law in Support of Plaintiffs' Daubert Motion to Exclude of Limit the Opinions and Testimony of Dr. Shelby Thames | 9/19/2016 |
| 2957 | Defendants | Response in Opposition to Plaintiffs' Motion to Exclude or Limit the Opinions and Testimony of Dr. Shelby Thames | 10/11/2016 |
| 3037 | Plaintiffs | Reply in Support of Plaintiffs' Motion to Exclude the Opinions of Dr. Shelby Thames | 10/21/2016 |
| 8071 | Plaintiffs | Plaintiffs' Daubert Motion to Exclude or to Limit the Opinions and Testimony of Shelby Thames for Wave 10 (adopting 2039, 2455, 2839 motions, 2042, 2458, 2841 memorandums, 2247, 2621, 3037 replies) | 5/13/2019 |
| 8073 | Plaintiffs | Plaintiffs' Memorandum in Support of their Motion to Exclude or to Limit the Opinions and Testimony of Shelby Thames, Ph.D. | 5/13/2019 |
| 8791 | Plaintiffs | Notice of Adoption of Prior Daubert Motion of Shelby Thames for Wave 12 by All Plaintiffs re: [2247] Reply to Response, [2039] Motion by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions and Testimony of Shelby Thames, [2455] Motion by Certain Plaintiffs in Wave 2 Cases to Exclude Opinions and Testimony of Dr. Shelby Thames, [2839] Daubert Motion by Certain Plaintiffs in Wave 3 Cases to Exclude or Limit the Opinions and Testimony of Dr. Shelby Thames, [2458] Memorandum In Support, [8073] Notice (Other), [2621] Reply to Response, [3037] Reply to Response, [8071] Notice (Other),, [2042] Memorandum In Support, [2841] Memorandum In Support | 11/4/2019 |

| 8909 | Defendants | Notice of Adoption of Prior Responses in Opposition to Daubert Motion to Exclude Expert Testimony of Shelby Thames, M.D. by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson re: [2187] Response In Opposition, [2553] Response In Opposition, [2957] Response In Opposition | 11/18/2019 |
| --- | --- | --- | --- |
| 2060 | Plaintiffs | Plaintiffs' Daubert Motion to Exclude the Opinions of FDA Expert Timothy Ulatowski | 4/21/2016 |
| 2065 | Plaintiffs | Plaintiffs' Memorandum in Support of Their Daubert Motion to Exclude the Opinions of FDA Expert Timothy Ulatowski | 4/21/2016 |
| 2134 | Defendants | Response in Opposition to Motion to Exclude Timothy Ulatowski | 5/7/2016 |
| 2232 | Plaintiffs | Plaintiffs' Reply in Support of Their Daubert Motion to Exclude FDA Expert Timothy Ulatowski | 5/16/2016 |
| 7346 | Plaintiffs | Notice of Adoption of Prior Daubert Motion of Timothy Ulatowski, M.D. for Non-Revision PTO 298 (Election Wave) | 12/18/2018 |
| 2910 | Defendants | Supplemental Response and Notice of Adoption of Prior Daubert Response Regarding Timothy Ulatowski for Wave 3 | 10/10/2016 |
| 8755 | Plaintiffs | Notice of Adoption of Prior Daubert Motion of Timothy Ulatowski, M.S. for Wave 12 by All Plaintiffs re: [2060] Daubert Motion by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions of FDA Expert Timothy Ulatowski, [2065] Memorandum In Support, [7346] Notice of Adoption by Certain Plaintiffs of Prior Daubert Motion of Timothy Ulatowski, M.D. for Non-Revision PTO 298 re: [2060] motion, [2065] memorandum of law, [2232] Reply to Response | 10/29/2019 |
| 8822 | Defendants | Notice of Adoption by Ethicon, Inc., Johnson & Johnson re: [2134] Response In Opposition, [2910] Notice | 11/11/2019 |

DATED:  October 23, 2020

Stipulated and agreed:

/s/ Brenda S. Fulmer
Brenda S. Fulmer
C. Calvin Warriner, III
Searcy Denney Scarola
Barnhart & Shipley
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
(561) 686-6300

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561

bsf@searcylaw.com
ccw@searcylaw.com

*Counsel for Plaintiff*

william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street, Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

*Counsel for the Ethicon Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage

Case 2:20-cv-00865-SPC-MRM   Document 85   Filed 10/23/20   Page 10 of 10 PageID 918